Name: Michael A. Smith
CDC No: #E97346
Address: 4001 Hwy 104 - P.O Box 409099
Ione, Ca. 95640

**FILED**
Mar 19, 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Michael A. Smith

        Plaintiff/Petitioner,

v.
J. Janam, B. Gibney,
L. Alexander, J. Lizarraga (Warden) etc,.

        Defendants/Respondent.

CASE NUMBER: 2:19-cv-0492 EFB (PC)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, Michael A. Smith, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    _X_ Yes   __ No   (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. Mulecreek State Prison

2. Are you currently employed (includes prison employment)?    __ Yes   _X_ No

   a. If the answer is "yes" state the amount of your pay. 0

3. Have you received any money from the following sources over the last twelve months?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession, or other self-employment: | __ Yes | _X_ No |
   | b. | Rent payments, interest or dividends: | __ Yes | _X_ No |
   | c. | Pensions, annuities or life insurance payments: | __ Yes | _X_ No |
   | d. | Disability or workers compensation payments: | __ Yes | _X_ No |
   | e. | Re Gifts or inheritances: | _X_ Yes | __ No |
   | f. | Any other sources: | __ Yes | _X_ No |

   If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary). I recieve any where between $50-$100 a month to make canteen for cosmetics etc.

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes __X__ No

   If "yes" state the total amount: _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ___ Yes    _X_ No

   If "yes" describe the property and state its value: _____N/A_____

6. Do you have any other assets?   ___ Yes   _X_ No

   If "yes," list the asset(s) and state the value of each asset listed: _____N/A_____

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
   _____N/A_____

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

_March 16, 2019_    _[signature]_
DATE                 SIGNATURE OF APPLICANT

Applicant's CDCR Number (Mandatory for CDCR Applicants):   #E97346

<u>**CERTIFICATION BELOW IS TO BE COMPLETED BY NON-CDCR INCARCERATED PRISONERS ONLY**</u>

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____    _____
DATE          SIGNATURE OF AUTHORIZED OFFICER