UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JANAM, et al.,<br><br>    Defendants. | No.  2:19-cv-0492-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint pursuant to the court's April 15, 2020 order.

Plaintiff's request (ECF No. 22) is granted and plaintiff has 60 days from the date this order is served to file his amended complaint.

So ordered.

Dated: May 4, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE